IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVENTURER, et al., <br><br> Defendants. | Case No. 20-cv-03547 <br><br> **Judge John Robert Blakey** |

**SEALED TEMPORARY RESTRAINING ORDER**

THIS CAUSE being before the Court on Plaintiff Oakley, Inc.'s ("Oakley" or "Plaintiff") *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motions") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Amended Complaint (collectively, the "Seller Aliases"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motions in their entirety.

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its [infringing] goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A, 2016 U.S. Dist. LEXIS 85197, at *26-27 (N.D. Ill. June 29, 2016). Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, have sold products that infringe directly and/or indirectly Oakley's United States design patents (the "Oakley Designs") to residents of Illinois. The Oakley Designs are shown in the below chart. *See* Declaration of Jason Groppe at ¶ 7, Docket No. [18]. In addition, Plaintiff's screenshot evidence confirms that each Defendant's e-commerce store does stand ready, willing and able to ship its infringing goods to customers in Illinois. *Id.* at ¶ 9, Docket No. [18]. Moreover, several of the Defendants' e-commerce stores have in fact shipped infringing goods to Illinois. *Id.*

| **Patent Number** | **Claim** | **Issue Date** |
|---|---|---|
| D719,209 | | December 9, 2014 |

2

| | | |
|---|---|---|
| D725,695 | | March 31, 2015 |
| D725,696 | | March 31, 2015 |

      This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Oakley has presented specific facts in the Declaration of Jason Groppe [18], paragraphs 17-22, and the Declaration of Justin R. Gaudio [17], paragraphs 3-5, in support of the Motion for Temporary Restraining Order and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. As other courts have recognized, proceedings against those who deliberately traffic in

3

infringing merchandise are often useless if notice is given to the adverse party. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

   a. offering for sale, selling, and importing any products not authorized by Oakley and that include any reproduction, copy or colorable imitation of the designs claimed in the Oakley Designs;

   b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Oakley Designs; and

   c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Oakley's request, any third party with actual notice of this Order who is providing services for any of the Defendants or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Oakley expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Oakley's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within five (5) business days after receipt of such notice, disable and cease displaying any advertisements

used by or associated with Defendants in connection with the sale of infringing goods using the Oakley Designs.

4. Defendants shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within five (5) business days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants or the Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 4 to the Declaration of Jason Groppe, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Oakley is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces.

Oakley is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7. Oakley may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 4 to the Declaration of Jason Groppe and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "ADVENTURER and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all

circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Exhibit 1 [2], Exhibit 2 [3], Exhibit 3 [4] and Exhibit 4 [5] to the Complaint, the Amended Complaint [13] and Exhibit 1 [14], Exhibit 2 [13-1], Exhibit 3 [13-2], Exhibit 4 [13-3], Exhibit 5 [13-4], Exhibit 6 [13-5] and Exhibit 7 [13-6] thereto, Schedule A to the Complaint [6] and the Amended Complaint [13-7], Plaintiff's Motion for Entry of a Temporary Restraining Order [15], Plaintiff's Memorandum in Support of its Motion for Entry of a Temporary Restraining Order [16], the Declaration of Jason Groppe [18] and Exhibit 1 [18-1], Exhibit 2 [18-2], Exhibit 3 [18-3], and Exhibit 4 [19] thereto, the Declaration of Justin R. Gaudio [17] and Exhibit 1 [17-1] and Exhibit 2 [17-2] thereto, Plaintiff's Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) [20], Plaintiff's Memorandum in Support of its Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) [21], the Declaration of Justin R. Gaudio [22] and Exhibit 1 [22-1] and Exhibit 2 [22-2] thereto, Plaintiff's Notification of Affiliates [24], Plaintiff's Notice of Claims Involving Patents [25], and this Order shall remain sealed until further ordered by this Court.

9. Oakley shall deposit with the Court ten thousand dollars ($10,000.00), either cash or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder, such bond to be deposited with the Court once in-person civil case hearings resume.

8

10. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

11. This Temporary Restraining Order without notice is entered 11:00 A.M. on this 19th day of June 2020 and shall remain in effect for fourteen (14) days.

_____
John Robert Blakey
United States District Judge

Oakley, Inc. v. Adventurer, et al. - Case No. 20-cv-3547

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Adventurer | 2 | Colourful Candies Store |
| 3 | douniu Store | 4 | FIRECLUB Tactical Accessories Store |
| 5 | muzz official store | 6 | Shop5563225 Store |
| 7 | Trademake Store | 8 | 1980 Store |
| 9 | 1993 ZJ Store | 10 | 666 Outdoor Store |
| 11 | AESport Store | 12 | Best100 Store |
| 13 | BFE2019 Store | 14 | chiangifts ali |
| 15 | cycling stars | 16 | eHoll Dropshipping Store |
| 17 | esoone store | 18 | f343 Store |
| 19 | FORAUTO Online Store | 20 | Forever Love Evergrade |
| 21 | Frist shine Store | 22 | himiss store |
| 23 | JXSALLPLQ Outdoor Store | 24 | LEEPEE Automobile Store |
| 25 | LEEPEE Car Acsrs Store | 26 | Luckylucky Store |
| 27 | NandIKa Official Store | 28 | SGCIKER cycling Store |
| 29 | shop1491741 store | 30 | Shop5093103 Store |
| 31 | Shop5161029 Store | 32 | Shop5734337 Store |
| 33 | Shop5743070 Store | 34 | Shop5794537 Store |
| 35 | Sport Angel | 36 | SWOKENCE Official Store |
| 37 | TESIA 2000 Store | 38 | Utrust Store |
| 39 | Vitality Outdoor Store | 40 | worthwhile cycling |
| 41 | YOSOLO Official Store | 42 | zohan outdoors store |
| 43 | BOW | 44 | eiwqh |
| 45 | shangfangdemao | 46 | gardenshow |
| 47 | hiking_mall | 48 | hm-photo-us |
| 49 | kui3-12 | 50 | mekingstudio-cn01 |
| 51 | mgzqb01_8 | 52 | mkstudio |
| 53 | sopedar-sport | 54 | wannausa |
| 55 | westyourbox | 56 | abange |
| 57 | BikeTime | 58 | changxinen |
| 59 | FortuneJ | 60 | haifengyang |
| 61 | integrated power | 62 | Lan lan 1990 |
| 63 | Mr.Chen Worldwide | 64 | sherwin8689 |
| 65 | shishangnanzhuang | 66 | Star Lele Group |
| 67 | xuxulili | 68 | Yao Ting trade |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/1090525 | 2 | aliexpress.com/store/1526546 |
| 3 | aliexpress.com/store/4789001 | 4 | aliexpress.com/store/1048446 |
| 5 | aliexpress.com/store/3374032 | 6 | aliexpress.com/store/5563225 |
| 7 | aliexpress.com/store/5035111 | 8 | aliexpress.com/store/831963 |
| 9 | aliexpress.com/store/2402124 | 10 | aliexpress.com/store/5519033 |
| 11 | aliexpress.com/store/900180006 | 12 | aliexpress.com/store/5042142 |
| 13 | aliexpress.com/store/5069179 | 14 | aliexpress.com/store/916544 |
| 15 | aliexpress.com/store/3185038 | 16 | aliexpress.com/store/1929262 |
| 17 | aliexpress.com/store/5430273 | 18 | aliexpress.com/store/5424307 |
| 19 | aliexpress.com/store/2657214 | 20 | aliexpress.com/store/1916128 |
| 21 | aliexpress.com/store/1911233 | 22 | aliexpress.com/store/5185012 |
| 23 | aliexpress.com/store/5203037 | 24 | aliexpress.com/store/5078258 |
| 25 | aliexpress.com/store/5065339 | 26 | aliexpress.com/store/4413231 |
| 27 | aliexpress.com/store/5115023 | 28 | aliexpress.com/store/5056113 |
| 29 | aliexpress.com/store/1491741 | 30 | aliexpress.com/store/5093103 |
| 31 | aliexpress.com/store/5161029 | 32 | aliexpress.com/store/5734337 |
| 33 | aliexpress.com/store/5743070 | 34 | aliexpress.com/store/5794537 |
| 35 | aliexpress.com/store/1149273 | 36 | aliexpress.com/store/336717 |
| 37 | aliexpress.com/store/2502066 | 38 | aliexpress.com/store/4230029 |
| 39 | aliexpress.com/store/5009044 | 40 | aliexpress.com/store/3659078 |
| 41 | aliexpress.com/store/3256120 | 42 | aliexpress.com/store/5063405 |
| 43 | amazon.com/sp?seller=A45VO6GXW3IE4 | 44 | wish.com/merchant/5ae6b18522fad722688b54a0 |
| 45 | wish.com/merchant/5a701ffc856edf355826879a | 46 | ebay.com/usr/gardenshow |
| 47 | ebay.com/usr/hiking_mall | 48 | ebay.com/usr/hm-photo-us |
| 49 | ebay.com/usr/kui3-12 | 50 | ebay.com/usr/mekingstudio-cn01 |
| 51 | ebay.com/usr/mgzqb01_8 | 52 | ebay.com/usr/mkstudio |
| 53 | ebay.com/usr/sopedar-sport | 54 | ebay.com/usr/wannausa |
| 55 | ebay.com/usr/westyourbox | 56 | wish.com/merchant/5ae6b73ab9605f6379825015 |
| 57 | wish.com/merchant/5a65cf0eccd9fc7051db75e1 | 58 | wish.com/merchant/5a0e6306dd03294a859be1b6 |
| 59 | wish.com/merchant/59bd25f94b913a64577b3981 | 60 | wish.com/merchant/5ad301d0972233339369c15e |
| 61 | wish.com/merchant/54b33a00d630ed64f2967953 | 62 | wish.com/merchant/5b3f163786152a74113e4811 |
| 63 | wish.com/merchant/5d5b95f2283abc44c24a5dc9 | 64 | wish.com/merchant/56cac7741e15ff0d60e1b1e7 |
| 65 | wish.com/merchant/5848bf1ffef4096a9d4d5957 | 66 | wish.com/merchant/5b2af6599e189a1389c37283 |

| No. | Online Marketplaces |
|---|---|
| 67 | wish.com/merchant/5d41500f8388970e1ef3fc16 |

| No. | Online Marketplaces |
|---|---|
| 68 | wish.com/merchant/58f20b0d4a11d56a43729371 |