**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| OAKLEY, INC., <br><br>                Plaintiff, <br><br>     v. <br><br> ADVENTURER, et al., <br><br>                Defendants. | Case No. 20-cv-03547 <br><br> Judge John Robert Blakey |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Oakley, Inc. ("Plaintiff" or "Oakley") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A to the Amended Complaint and Amended Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment

---

[1] The e-commerce store urls are listed on Amended Schedule A hereto under the Online Marketplaces.

1

processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its [infringing] goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 2016 U.S. Dist. LEXIS 85197, at \*26-27 (N.D. Ill. June 29, 2016). Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products infringing directly and/or indirectly the patented Oakley Designs shown in the below chart. *See* [18] (Groppe Declaration) at ¶ 7. In addition, Plaintiff's screenshot evidence confirms that each Defaulting Defendant's e-

commerce store does stand ready, willing and able to ship its infringing goods to customers in Illinois. *Id.* Moreover, several of the Defaulting Defendants' e-commerce stores have in fact shipped infringing goods to Illinois. *Id.*

| Patent Number | Claim | Issue Date |
|---|---|---|
| D719,209 |  | December 9, 2014 |
| D725,695 |  | March 31, 2015 |
| D725,696 |  | March 31, 2015 |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.  Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a.  offering for sale, selling, and importing any product not authorized by Oakley and that includes any reproduction, copy or colorable imitation of the designs claimed in the Oakley Designs;

    b.  aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Oakley Designs; and

    c.  effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2.  Upon Oakley's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"),

4

AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), and ContextLogic Inc. d/b/a Wish.com ("Wish.com") (collectively, the "Third Party Providers") shall within five (5) business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Oakley Designs.

3. Pursuant to 35 U.S.C. § 289, Oakley is awarded profits of one hundred thousand dollars ($100,000) from each of the Defaulting Defendants for infringing use of the Oakley Designs on products sold through at least the Defaulting Defendants' Online Marketplaces. The one hundred thousand dollar ($100,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

4. Oakley may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, and Amazon Pay, by e-mail delivery to the e-mail addresses Oakley Designs used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting

Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are hereby released to Oakley as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to Oakley the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Oakley has recovered full payment of monies owed to it by any Defaulting Defendant, Oakley shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within five (5) business days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Amended

6

Schedule A hereto, the e-mail addresses identified in Exhibit 4 to the Declaration of Jason Groppe, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to Oakley as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 4 to the Declaration of Jason Groppe and any e-mail addresses provided for Defaulting Defendants by third parties.

9. Plaintiff was directed to submit a bond to the Court once in-person civil case hearings resumed. [28]. Since in-person civil case hearings have not resumed, no bond was submitted. Therefore, there is no bond to release.

This is a Final Judgment.

Dated: September 4, 2020                    Entered:

John Robert Blakey
United States District Judge

**Oakley, Inc. v. Adventurer, et al. - Case No. 20-cv-3547**

# Amended Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|-----|----------------|-----|----------------|
| 1 | Adventurer | 2 | Colourful Candies Store |
| 3 | douniu Store | 4 | FIRECLUB Tactical Accessories Store |
| 5 | muzz official store | 6 | Shop5563225 Store |
| 7 | Trademake Store | 8 | 1980 Store |
| 9 | 1993 ZJ Store | 10 | 666 Outdoor Store |
| 11 | AESport Store | 12 | Best100 Store |
| 13 | BFE2019 Store | 14 | chiangifts ali |
| 15 | DISMISSED | 16 | eHoll Dropshipping Store |
| 17 | DISMISSED | 18 | f343 Store |
| 19 | DISMISSED | 20 | DISMISSED |
| 21 | Frist shine Store | 22 | himiss store |
| 23 | JXSALLPLQ Outdoor Store | 24 | DISMISSED |
| 25 | DISMISSED | 26 | Luckylucky Store |
| 27 | NandIKa Official Store | 28 | SGCIKER cycling Store |
| 29 | shop1491741 store | 30 | Shop5093103 Store |
| 31 | Shop5161029 Store | 32 | Shop5734337 Store |
| 33 | Shop5743070 Store | 34 | Shop5794537 Store |
| 35 | DISMISSED | 36 | SWOKENCE Official Store |
| 37 | TESIA 2000 Store | 38 | Utrust Store |
| 39 | Vitality Outdoor Store | 40 | DISMISSED |
| 41 | DISMISSED | 42 | zohan outdoors store |
| 43 | BOW | 44 | eiwqh |
| 45 | shangfangdemao | 46 | gardenshow |
| 47 | hiking_mall | 48 | hm-photo-us |
| 49 | kui3-12 | 50 | mekingstudio-cn01 |
| 51 | DISMISSED | 52 | mkstudio |
| 53 | sopedar-sport | 54 | wannausa |
| 55 | westyourbox | 56 | abange |
| 57 | BikeTime | 58 | changxinen |
| 59 | DISMISSED | 60 | haifengyang |
| 61 | DISMISSED | 62 | DISMISSED |
| 63 | Mr.Chen Worldwide | 64 | sherwin8689 |
| 65 | DISMISSED | 66 | Star Lele Group |
| 67 | xuxulili | 68 | Yao Ting trade |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/1090525 | 2 | aliexpress.com/store/1526546 |
| 3 | aliexpress.com/store/4789001 | 4 | aliexpress.com/store/1048446 |
| 5 | aliexpress.com/store/3374032 | 6 | aliexpress.com/store/5563225 |
| 7 | aliexpress.com/store/5035111 | 8 | aliexpress.com/store/831963 |
| 9 | aliexpress.com/store/2402124 | 10 | aliexpress.com/store/5519033 |
| 11 | aliexpress.com/store/900180006 | 12 | aliexpress.com/store/5042142 |
| 13 | aliexpress.com/store/5069179 | 14 | aliexpress.com/store/916544 |
| 15 | DISMISSED | 16 | aliexpress.com/store/1929262 |
| 17 | DISMISSED | 18 | aliexpress.com/store/5424307 |
| 19 | DISMISSED | 20 | DISMISSED |
| 21 | aliexpress.com/store/1911233 | 22 | aliexpress.com/store/5185012 |
| 23 | aliexpress.com/store/5203037 | 24 | DISMISSED |
| 25 | DISMISSED | 26 | aliexpress.com/store/4413231 |
| 27 | aliexpress.com/store/5115023 | 28 | aliexpress.com/store/5056113 |
| 29 | aliexpress.com/store/1491741 | 30 | aliexpress.com/store/5093103 |
| 31 | aliexpress.com/store/5161029 | 32 | aliexpress.com/store/5734337 |
| 33 | aliexpress.com/store/5743070 | 34 | aliexpress.com/store/5794537 |
| 35 | DISMISSED | 36 | aliexpress.com/store/336717 |
| 37 | aliexpress.com/store/2502066 | 38 | aliexpress.com/store/4230029 |
| 39 | aliexpress.com/store/5009044 | 40 | DISMISSED |
| 41 | DISMISSED | 42 | aliexpress.com/store/5063405 |
| 43 | amazon.com/sp?seller=A45VO6GXW3IE4 | 44 | wish.com/merchant/5ae6b18522fad722688b54a0 |
| 45 | wish.com/merchant/5a701ffc856edf355826879a | 46 | ebay.com/usr/gardenshow |
| 47 | ebay.com/usr/hiking_mall | 48 | ebay.com/usr/hm-photo-us |
| 49 | ebay.com/usr/kui3-12 | 50 | ebay.com/usr/mekingstudio-cn01 |
| 51 | DISMISSED | 52 | ebay.com/usr/mkstudio |
| 53 | ebay.com/usr/sopedar-sport | 54 | ebay.com/usr/wannausa |
| 55 | ebay.com/usr/westyourbox | 56 | wish.com/merchant/5ae6b73ab9605f6379825015 |
| 57 | wish.com/merchant/5a65cf0eccd9fc7051db75e1 | 58 | wish.com/merchant/5a0e6306dd03294a859be1b6 |
| 59 | DISMISSED | 60 | wish.com/merchant/5ad301d0972233339369c15e |
| 61 | DISMISSED | 62 | DISMISSED |
| 63 | wish.com/merchant/5d5b95f2283abc44c24a5dc9 | 64 | wish.com/merchant/56cac7741e15ff0d60e1b1e7 |
| 65 | DISMISSED | 66 | wish.com/merchant/5b2af6599e189a1389c37283 |

| No. | Online Marketplaces |
|-----|---------------------|
| 67  | wish.com/merchant/5d41500f83889 70e1ef3fc16 |

| No. | Online Marketplaces |
|-----|---------------------|
| 68  | wish.com/merchant/58f20b0d4a11d5 6a43729371 |